[No. 15899-3-III.    Division Three.    June 5, 1997.]

McCANDLISH ELECTRIC, INC., *Respondent*, v.
MATHEWS STEEL BUILDINGS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00586-6, Carol A. Wardell, J., entered June 12, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[Nos. 18218-1-II; 18921-6-II.    Division Two.    June 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SOCORRO ALVAREZ-GARCIA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN CALDERON-PINEDA, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-1-00363-3, 94-1-00361-7, Rosanne Buckner, J., entered March 24 and December 8, 1994. *Dismissed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[Nos. 18795-7-II; 18822-8-II.    Division Two.    June 6, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. BEAU C. GARDEE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL E. TROUT, *Respondent*.

Appeals from judgments of the Superior Court for Skamania County, Nos. 94-8-0030-0, 94-1-00049-5, Ted Kolbaba, J., entered October 14, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.